

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bielma et al<br><br>(See attachment for full list)<br><br>　　　　　　　　　　　　**Plaintiff,**<br>　　　　　　　V.<br><br>Bostic et al<br><br>(see attachment for full list)<br><br>　　　　　　　　　　　　**Defendant.** | Civil Action No. 15cv1606-MMA(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants request entry of final judgment on the following claims: (1) judgment in favor of Maritza Hurtado, denying the claims of all Plaintiffs; (2) judgment denying the claims of Joe Bielma as against all Defendants; (3) judgment denying the claims of Frank Uriarte as against all Defendants; (4) judgment denying the claims of Steven Garcia as against all Defendants; (5) judgment denying the claims of Stephen Frazier as against all Defendants; and (6) judgment denying the claims of German Duran as against all Defendants. The Court finds this matter suitable for determination on the papers and without oral argument pursuant to Civil Local Rule 7.1.d.1. The Court grants the unopposed motion.

Date: 3/12/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

　　　　　　　　　　　　　　　　　　　　　　R. Chapman, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 15cv1606-MMA(BLM)

Plaintiffs

Joseph Bielma
Frank Uriarte
Rudy Alarcon
Luis Casillas
Steven Garcia
German Duran
Gabriel Rodriguez
Isaias Navarro
Stephen Frazier

v.

Defendants

Michael Bostic
individually and as Interim Chief of Police

Richard Warne
individually and as Interim City Manager

City of Calexico
a public agency and/or municipal corporation

Gonzalo C. Gerardo
individually and as a Police Lieutenant

Maritza Hurtado
individually and as an agent of the City

DOES 1-10