# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ALARCON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL BOSTIC, et al., <br><br> Defendants. | Case No. 15-cv-1606-MMA (RBM) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 136] |

On February 25, 2022, Plaintiffs Rudy Alarcon, Luis Casillas, Gabriel Rodriguez, and Isaias Navarro and Defendants Michael Bostic, Richard Warne, City of Calexico, and Gonzalo C. Gerardo filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(a). *See* Doc. No. 136. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorneys' fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: February 25, 2022

HON. MICHAEL M. ANELLO
United States District Judge